IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ROEHL TRANSPORT, INC.,

    Plaintiff and Counter Defendant,

v.

JEFFREY MORRISON,

    Defendant and Counter Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 18-cv-511-slc

This action came before the court for consideration with Magistrate Judge Stephen L. Crocker presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Roehl Transport, Inc. against defendant Jeffrey Morrison dismissing this case.

| s/V. Olmo, Deputy Clerk | 11/8/2018 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |